THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MAX SHAPIRO, Respondent.

Argued June 3, 1955; decided July 8, 1955.

*Peter Campbell Brown, Corporation Counsel (Seymour B. Quel* and *James J. Hurley* of counsel), for appellant.

*James Adikes* and *William E. Kennedy* for respondent.

Order affirmed, no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.